```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Email: robert.rees@usdoj.gov

Attorneys for United States of America
```

FILED

Oct 21 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BLANCA ALMANELY SUAREZ-LORENZO, <br><br> Defendant. | CASE NO. 4:24-mj-71519 MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on October 21, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

X Other (describe) Arrest for a Witness or Material Witness in a Pending Criminal Case pending in the Southern District of California, Case Number 21-cr-03119-JLS-1. In that case (copy of Arrest Warrant), the defendant is charged with violation(s) of non-appearance as a material witness in a proceeding are necessary pursuant to 18 U.S.C § 3144.

v. 7/10/2018

1 | Description of Charges: 18 U.S. Code § 3144 - Release or detention of a material witness.

2 | The maximum penalties shall be: Maximum term of imprisonment – One year;
3 | Maximum fine - $5,000; and
  | Forfeiture.

Respectfully Submitted,

ISMAIL J. RAMSEY
United States Attorney

Date: October 21, 2024

*/s/ Cynthia Johnson*
CYNTHIA JOHNSON
Special Assistant United States Attorney

v. 7/10/2018

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America )<br>v. )<br>Arenas-Avila )<br>_____ )<br>Defendant ) | Case No. 21-cr-03119-JLS-1 |

RECEIVED U.S. MARSHALS-S/CA 2021 DEC 10 AM 11:29

## WARRANT FOR THE ARREST OF A WITNESS OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* Blanca Almanely Suarez-Lorenzo, a person

☐ who has been served with a subpoena to appear in this case and has failed to do so.
☑ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date: 12/10/2021

_Issuing officer's signature_

City and state: San Diego, CA

S. Yeager, Case Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_

11344158



AO 443 (Rev. 11/11) Warrant for the Arrest of a Witness or Material Witness in A Pending Criminal Case (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of witness: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which witness may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

PS8D
(09/20)

December 9, 2021

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Warrant for Material Witness on Pretrial Release

**Name of Material Witness:** Blanca A. Suarez-Lorenzo            **Dkt No.:** 3:21CR3119

**Reg. No.:** 69613-509

**Name of Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge (matter referred to the Honorable William V. Gallo, U.S. Magistrate Judge)

**Date Conditions Ordered:** October 15, 2021, before the Honorable William V. Gallo, U.S. Magistrate Judge

**Charged Offense:** 18 U.S.C. 3144: Material Witness

**Conditions of Release:** *Mandatory Conditions*: not commit a federal, state or local crime during the period of release; make all court appearances. *Standard Conditions:* travel restricted to the State of California and do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance, (defined in 21 U.S.C.§ 802), without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device. Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; satisfy any agency conditions required to legally remain in the United States during the pendency of the criminal proceedings; surrender to the United States Marshal's Service or the Department of Homeland Security as directed by the Court, Pretrial Services, the attorney or agent for the United States, or counsel for the material witness.

**Modification:** None

**Date Released on Bond:** November 10, 2021

**Next Court Hearing:** Motion Hearing/Trial Setting set for December 10, 2021, at 1:30 p.m. before the Honorable Janis L. Sammartino. Deposition of Material Witness to take place on or before December 15, 2021.

**Asst. U.S. Atty.:** Daniel Kenneth Greene            **Defense Counsel:** Charlotte Deane  (appointed)
619-546-6783                                                                   619-672-1039

**Prior Violation History:** None

PS8D
(09/20)

**Name of Defendant:** Blanca Almanely Suarez-Lorenzo  December 9, 2021
**Docket No.:** 3:21CR3119

Page 2

## PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes that the material witness has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| Provide a current residence address and phone number prior to release and keep it current while case is pending. | 1. The witness left her surety's residence on December 6, 2021, and her whereabouts remain unknown at this time. |

### *Grounds for revocation:*

On December 3, 2021, our office contacted the material witness and reviewed the conditions of release set by the court. Specifically, the material witness was advised she must provide a current residence and keep it current while the case is pending. The witness acknowledged understanding of her conditions of release.

On December 6, 2021, the witness failed to report to Pretrial Services. Later that day, the undersigned attempted to contact the material witness and her surety, Lucia Vargas, with no success.

On December 7, 2021, the undersigned reached out to defense counsel Charlotte Deane and notified her the witness had failed to report to our office and our office was seeking assistance to reach both the witness and surety. At that time, Ms. Deane explained she would ask her interpreter to contact surety and have her call our office. Ms. Deane also noted the material witness's deposition is set for December 14, 2021, at 10:00 a.m.

Also on December 7th, the undersigned spoke to Border Protection (CBP) Officer Adriana Burns and she advised the witness failed to report to their office on December 6, 2021. Additionally, Officer Burns confirmed the last contact she had with the witness was on Monday November 29, 2021.

On December 8, 2021, Officer Burns contacted the undersigned and explained she received a call from the surety indicating the witness had returned to Mexico as the witness's grandmother had fallen ill. At that time, Officer Burns noted she would provide more information once available.

On December 9, 2021, Officer Burns informed the undersigned she had spoken to the material witness's mother, Mrs. Juanita Lorenzo, who currently resides in Puebla, Mexico. According to Mrs. Lorenzo, she last had contact with the material witness (her daughter) on Monday, December 6, 2021, when she informed her that her grandmother was very ill. At that time, the witness informed Mrs. Lorenzo she would find a way to return to Mexico to be with her grandmother. Furthermore, Officer Burns noted she spoke to surety Lucia Vargas on December 8th and Ms. Vargas explained the surety left her home on the evening of evening December 6th and was heading to Mexico.

At this time, the material witness is no longer at her last known address. Additionally, numerous attempts were made to contact the witness and her whereabouts remain unknown.

PS8D
(09/20)

**Name of Defendant:** Blanca Almanely Suarez-Lorenzo                                December 9, 2021
**Docket No.:** 3:21CR3119
Page 3

## SUPERVISION ADJUSTMENT

The material witness's adjustment to supervision is assessed as poor given she is no longer residing at her surety's residence and her whereabouts remain unknown.

A computerized records check revealed no new information.

## RECOMMENDATION/JUSTIFICATION

Pretrial Services respectfully requests your Honor issue a no-bail bench warrant for the material witness in order to bring her before the Court to show cause why her bond should not be revoked.

**I declare under penalty of perjury that the forgoing is true and correct.**

**Executed on:** 12/09/2021

Respectfully submitted:                                Review and approved:

Lori Garofalo
Chief U.S. Pretrial Services Officer

by _____                         _____
Eva Arevalo                                            Boris Ilic
U.S. Pretrial Services Officer                         Supervisory U.S. Pretrial Services Officer
619-557-7606
Place: San Diego, California

## THE COURT ORDERS:

__XX__ AGREE, issue a no bail bench warrant for the material witness's arrest.

_____ Other _____

_____                                **17:17, Dec 9, 2021**
The Honorable William V. Gallo                         Date
U.S. Magistrate Judge